

AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
4/29/2026 TD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Maureen E Merin (312) 353-1457
AUSA Jessica R. Ecker (312) 353-1079

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

TYRESE FENTON-WATSON, also known as "Lil' Reese"

CASE NUMBER: 26 CR 193

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about March 8, 2026, at Winnetka, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1201(c) | Conspiracy to Commit Kidnapping |
| Title 18, United States Code, Section 1951(a) | Conspiracy to Commit Robbery Affecting Commerce |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

/s/ Jon Molidor (MDW w/ permission)

JON MOLIDOR
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Date: April 29, 2026

*M. David Weisman*

*Judge's signature*

City and state: Chicago, Illinois

M. DAVID WEISMAN, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### AFFIDAVIT

I, JON MOLIDOR, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and have been so employed since approximately January 2024. My current responsibilities include the investigation of criminal violations of law as they relate to federal firearms offenses, including the unlawful possession of firearms or ammunition by convicted felons, firearms trafficking, violent crime, and narcotics trafficking. I am currently assigned to the ATF Homeland Security Task Force (HSTF) Strike Force V.

2. As part of my duties as a Special Agent, I investigate violent crimes, criminal violations relating to firearms, and firearms trafficking. My current responsibilities also include the investigation of violent gun crimes and the apprehension of violent fugitives. In addition, I have participated in numerous investigations that involve the illegal purchase, trafficking, possession, and use of firearms and ammunition during, and in relation to, crimes of violence.

3. This affidavit is submitted in support of a criminal complaint alleging that TYRESE FENTON-WATSON, also known as "Lil' Reese," has violated Title 18, United States Code, Sections 1201(c) and 1951(a) (the "**Subject Offenses**"). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging FENTON-WATSON with conspiracy to

commit kidnapping and Hobbs Act robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants committed the offenses alleged in the complaint.

4.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and persons with knowledge of relevant facts, and my review of video surveillance, social media, and documents and records.

## I.     FACTS SUPPORTING PROBABLE CAUSE

5.     In summary, and as set forth in more detail below, on or about March 8, 2026, FENTON-WATSON conspired with Dashun Brown, David Franklin, Anthony Ramsey, Isaiah Dukes, Khiell Dukes, Jalen Chambers and other co-conspirators (collectively, the "**Co-Conspirators**") to commit kidnapping and Hobbs Act robbery.[1] On or about March 8, 2026, FENTON-WATSON, Chambers, Brown, Franklin, and one other co-conspirator forced entry into a residence in Winnetka, Illinois (the "Winnetka Residence"), while Ramsey, Isaiah Dukes, Khiell Dukes, and other co-conspirators waited nearby and communicated with the co-conspirators in the Winnetka Residence concerning their plan to rob the Winnetka Residence of cryptocurrency. Once inside the Winnetka Residence, FENTON-WATSON, Chambers, Brown, Franklin, and one other co-conspirator brandished firearms and attempted to rob Victim A of cryptocurrency that the **Co-Conspirators** believed was

---

[1] Brown, Franklin, Ramsey, I. Dukes, K. Dukes, and Chambers are charged by superseding indictment with the commission of the **Subject Offenses**. *United States v. Brown, et al.,* 26 CR 117 (Johnston, J.)

present in or otherwise accessible from the Winnetka Residence. The **Co-Conspirators** in the Winnetka Residence physically restrained Victim B, who was the only occupant in the residence, held Victim B at gunpoint, and demanded that Victim B give the **Co-Conspirators** access to the safe, a computer, and online accounts holding cryptocurrency. One of the **Co-Conspirators** also grabbed Victim C, who arrived at the Winnetka Residence after the **Co-Conspirators** had made entry. Victim B later escaped, and the **Co-Conspirators** fled, taking with them several items from the Winnetka Residence.

### A.    March 8, 2026 Robbery and Kidnapping

6.      On or about March 8, 2026, according to my review of Winnetka Police Department (WPD) reports, Victim A called WPD to report an armed robbery at the Winnetka Residence, which was Victim A's home.

7.      WPD, and later, WPD and federal law enforcement, interviewed Victim B, who also resided at the Winnetka Residence, who told law enforcement the following, in summary and not verbatim:

a.      Shortly after 4:10 p.m., a group of individuals arrived at the Winnetka residence in a black SUV (the "**Subject Vehicle**"). Victim B then heard the doorbell ring. Victim B answered the door and observed a black male (Subject One) holding a brown paper bag. Victim B reported that Subject One briefly posed as a food delivery driver before forcibly entering the residence. Subject One was immediately followed by four other subjects, who exited the **Subject Vehicle** and forcibly entered the residence, pushing Victim B in the process. Victim B explained

3

that the subjects pointed firearms at him/her and one of them kicked him/her in the groin. Victim B described the subjects as black males, wearing face masks, dark colored hooded sweatshirts, and gloves. Victim B noted that one of the subjects (Subject Two) was wearing glasses. Victim B stated that at least four of the subjects carried guns.

b.      Once the subjects were inside the Winnetka Residence, Victim B observed Subject Two on a phone call with an unknown individual (Subject Seven). Victim B reported hearing Subject Seven on the phone instructing the subjects in the residence to ask for the locations of laptop computers, cryptocurrency ledgers, and passcodes. The subjects demanded to know the location of any laptop computers, and Victim B admitted that a laptop computer was in the kitchen. One of the subjects grabbed the laptop and demanded that Victim B give him the password. Victim B stated that he/she did not know the password and was unable to provide it. Subject Two then directed two of the subjects to go outside and move the **Subject Vehicle** to the roadway. The remaining subjects continued to demand to know where the laptops, cryptocurrency ledgers, and passwords were in the residence.

c.      One of the subjects then asked Victim B if there was a safe in the Winnetka Residence. Victim B initially said "no," but as the subjects held him/her at gunpoint, he/she subsequently relented and said, "yes." The subjects then directed Victim B at gunpoint to an upstairs closet. The subjects told Victim B, again at gunpoint, to open the safe. Victim B noted that he/she initially entered the wrong combination. Victim B then heard a sound which he/she recognized as consistent with

4

the racking of a firearm. Once Victim B was able to open the safe, he/she observed the subjects take Victim A's laptop from the safe.

       d.     While Victim B was being held by the subjects in the Winnetka Residence, Victim A called Victim B's cell phone. The subjects initially hung up but then used Victim B's cell phone to text Victim A to tell Victim A that Victim B was busy.

       e.     The subjects directed Victim B, still at gunpoint, back to the first floor of the Winnetka Residence. Once he/she was in the living room, one of the subjects pushed Victim B to the ground and held his/her face down. While Victim B was being held by one of the subjects, a child (Victim C), entered the home. Victim B shouted to Victim C to get out and call the police. Victim B bit the finger of the subject who was holding him/her and was able to escape from the subjects' control and fled from the Winnetka Residence. According to Victim B, and to officers' examination of the recovered glove, a portion of the glove the subject was wearing was ripped off due to the force of Victim B's bite.

       f.     Victim B stated that, throughout the robbery, at least one of the subjects maintained control of Victim B either physically and/or at gunpoint. According to Victim B's second interview, which was with both WPD and federal law enforcement, the subjects held him/her at gunpoint the entire time that they were in the Winnetka Residence except for when Victim C arrived, which is when Victim B bit an unarmed subject who had been holding him/her, and ran. Victim B stated that

5

the subjects demanded Victim B's cellphone and the jewelry on Victim B's person, and that Victim B handed over those items to the subjects.

8. On or about March 8, 2026, according to WPD reports, law enforcement interviewed Victim A regarding the armed robbery. According to WPD reports, Victim A provided law enforcement with the following information:

a. On or about March 8, 2026, at approximately 5:25 p.m., Victim A, Victim C, and Victim D arrived at the Winnetka Residence. Victim A informed law enforcement that he/she observed Victim B fleeing the Winnetka Residence through the north exit of the residence while yelling for Victim A to call the police because there were armed individuals inside the Winnetka Residence. While Victim A called the police, he/she observed four of the subjects exit the Winnetka Residence as a black Acura RDX with no license plates (*i.e.*, the **Subject Vehicle**) drove down the driveway. Victim A then observed the subjects enter the **Subject Vehicle** and leave the Winnetka Residence, heading southbound on the street on which the Winnetka Residence is located. Following the armed robbery, Victim A briefly looked around the residence to see what the subjects took. Victim A informed law enforcement that he/she had three Rolex watches and his/her work laptop in the safe, which were all now missing.

9. According to Victim A, he/she currently owns a cryptocurrency business which is based outside the state of Illinois, but he/she works out of the Winnetka Residence. Victim A further explained that the cryptocurrency associated with the business was associated with the cryptocurrency ledger devices that were stored in

the safe located in the Winnetka Residence that the subjects searched. Based on my training and experience, and information I have obtained from other agents with experience in digital currency investigations, I know that cryptocurrency is a digital, not physical, currency, and that transfers of cryptocurrency are conducted via the internet. Thus, for the subjects to have obtained the cryptocurrency that they attempted to steal, they would have had to conduct transactions on the internet to transfer the stolen cryptocurrency to digital wallets that they controlled.

**B.      Co-Conspirators Who Entered the Winnetka Residence**

10.      Victim B provided law enforcement with surveillance footage from various cameras around the Winnetka Residence.  Based on my review of the surveillance footage, on or about March 8, 2026, at approximately 4:21 p.m., a black Acura RDX, with black rims, dirt on the sides and rear, a blue sticker in the bottom of the driver's side windshield, bearing no license plate (the **Subject Vehicle**), pulled into the driveway of the Winnetka Residence and parked near the front door. A short time later, Subject One (later identified as Brown as described below), wearing black pants, a black hooded sweatshirt, tan sandals, and a black Nike hood, approached the front door carrying a brown Outback Steakhouse bag. Once Victim B answered the door, Brown asked Victim B if anyone ordered food. Following this, Brown entered the Winnetka Residence through the front door. Four of the subjects then ran into the Winnetka Residence following Brown. Subject Two (later identified as Chambers as described below) can be seen wearing a black hooded sweatshirt, glasses, ripped jeans, and white shoes. Subject Three (later identified as Franklin as described below)

7

can be seen wearing a red hooded sweatshirt, ripped jeans, a black mask, multicolored underwear, and white shoes.[2] Subject Four (later identified as FENTON-WATSON as described below), can be seen wearing a black hooded sweatshirt, grey pants, a black mask, and grey shoes enter the Winnetka Residence (*Figures 1 & 2*).



*Figure 1*

---

[2] As noted above, surveillance footage from the Winnetka Residence showed that Subject Three was wearing distinctively patterned underwear, a red hoodie, jeans, and high top sneakers. According to Chicago Police Department (CPD) records, CPD identified Brown and Franklin as involved in a traffic stop of a red Chevy Cruze by the CPD on March 7, 2026, at approximately 7:05 p.m. In addition, I have reviewed CPD body worn camera of the stop and identified Brown and Franklin by comparison to their state identification photos. Body worn camera obtained from CPD officers' stop of Franklin on March 7, 2026, at approximately 7:05 p.m., shows that Franklin was wearing multicolored underwear, a red hooded sweatshirt, ripped jeans, and white sneakers. This clothing appears to be the same as the clothing that Subject Three wore during the March 8, 2026 armed robbery.



*Figure 2*

11.     Law enforcement also identified the Instagram account "abo_lilreese" as associated with FENTON-WATSON based on a comparison of photos posted on the account and a Chicago Police Department booking photo of FENTON-WATSON. On February 14, 2026, FENTON-WATSON posted a photo of himself wearing a black shirt, black pants, and grey shoes (*Figure 3*). The grey shoes that FENTON-WATSON is wearing (*Figure 3*) appear to be the same shoes he wore during the March 8, 2026, armed robbery and kidnapping (*Figures 1 & 2*). Further, FENTON-WATSON's build matches that of the individual depicted in *Figure 3*.

9



*Figure 3*

12.     Based on my review of the video surveillance from the Winnetka Residence, Brown and a subject wearing a grey hooded sweatshirt, black pants, and black shoes subsequently exited the residence to move the **Subject Vehicle**, with the individual wearing the grey hooded sweatshirt re-entering the Winnetka Residence after doing so. Then, at approximately 5:26 p.m., the **Subject Vehicle** drove down the driveway while four of the subjects exited the Winnetka Residence and got in the car. The **Subject Vehicle** then left the residence, making a southbound turn on the same block as the Winnetka Residence.

13.     Based on the above facts, and my training and experience, I know that automobiles, such as the **Subject Vehicle,** and cellular telephones, such as the ones used by the subjects during the kidnapping and robbery, are means, facilities, and instrumentalities of interstate commerce.

10

### C. Recovery of the Subject Vehicle

14. On March 11, 2026, law enforcement recovered the **Subject Vehicle** in the area of 602 West Garfield Boulevard, Chicago, Illinois. Specifically, law enforcement observed body damage on the driver's side of the vehicle, as well as a blue Skokie city sticker in the bottom driver's side windshield. This is consistent with the surveillance footage obtained of the **Subject Vehicle** both during and after the March 8, 2026, armed robbery in Winnetka. Additionally, both front windows were broken; these windows were broken when CPD officers attempted to make contact with the **Subject Vehicle's** occupants on March 11, 2026 and the occupants fled in the vehicle. The vehicle's owner was interviewed by law enforcement and identified the **Subject Vehicle** as his/her vehicle, which he/she had reported was stolen on or about March 2, 2026.

15. Law enforcement searched the **Subject Vehicle** and the surrounding area of the recovery location, and found, among other items, four latex gloves, a McDonald's receipt from March 11, 2026, at 3:22 a.m., and multiple black plastic vehicle trim pieces.

16. A review of the McDonald's receipt revealed it is from a McDonald's located at 6515 South Western Avenue, Chicago, Illinois. ATF retrieved surveillance footage from this McDonald's location. A review of the surveillance footage showed that a black 2020 Acura RDX, with a blue sticker in the bottom driver's side windshield, and damage on the driver's side of the vehicle, which appears to be the **Subject Vehicle**, was in the drive through lane on March 11, 2026, at approximately

11

3:22 a.m. The surveillance footage shows the vehicle was occupied by an unidentified black male wearing a black Nike brand ski mask and a blue latex glove. Based on the images of the driver of the vehicle, ATF identified that the driver was Brown. Review of the exterior surveillance camera at the Winnetka Residence shows that the individual who initially knocked on the door and forcibly entered the Winnetka Residence on March 8, 2026 (Subject One), was wearing a hood similar in style to the one in the McDonald's footage. A review of the surveillance footage from the McDonald's, described above, revealed the driver, Brown, wearing a similar type of mask. ATF obtained surveillance footage from Company A, a rental car company, which depicted an individual, accompanied by Brown, renting a vehicle on March 13, 2026. In the video footage, Brown is wearing a Nike pro hood similar in appearance to the hood worn in the McDonald's footage and in the footage from the Winnetka robbery.

17. Law enforcement subsequently extracted information from the infotainment system of the **Subject Vehicle**. According to that information, on March 9, 2026, at approximately 12:12 a.m., a device with the Bluetooth MAC address "8C08AA284D09" connected with the Subject Vehicle. According to records obtained from Apple, this Bluetooth MAC address is associated with a device with the Apple ID abolilreese@icloud.com and registered to "Tyrese Fenton-watson" with the telephone number for **Subject Phone 8**.

18. According to publicly available records from Venmo, the phone number associated with **Subject Phone 8** is associated with the PayPal account with the

12

name "Tyrese Fenton-watson." Further, according to records obtained from PayPal, Subject Phone 8 is registered to an account owned by FENTON-WATSON which was created on March 14, 2026 using FENTON-WATSON's date of birth and Social Security number.

19. According to the Illinois Department of Corrections (IDOC), FENTON-WATSON is currently on parole for a previous conviction. According to IDOC records, FENTON-WATSON has used **Subject Phone 8** to contact IDOC. Specifically, on March 3, 2026 and March 12, 2026, FENTON-WATSON called IDOC using **Subject Phone 8**, but the calls went unanswered. On March 15, 2026, IDOC called **Subject Phone 8**, but the call went unanswered. On April 8, 2026, FENTON-WATSON used **Subject Phone 8** to check in with IDOC.

20. Law enforcement arrested FENTON-WATSON on April 28, 2026, in Chicago, Illinois. At that time, FENTON-WATSON was in possession of **Subject Phone 8** and also had a Springfield XD45 semi-automatic handgun on his person. In a *Mirandized* and recorded interview with agents following his arrest, FENTON-WATSON admitted that **Subject Phone 8** was his phone.

21. Review of AT&T records shows that FENTON-WATSON, the user of **Subject Phone 8,** had the following activity before, during, and after the robbery and kidnapping at the Winnetka Residence:

a. On March 8, 2026, at approximately 3:57 p.m. (approximately 25 minutes before the robbery and kidnapping), **Subject Phone 8** was located near a cell tower located near the intersection of Willow Road and Landwehr Road,

Northbrook, Illinois, which is approximately 6.7 miles away from the Winnetka residence.

b.      On March 8, 2026, at approximately 4:26 p.m. (during the robbery and kidnapping), **Subject Phone 8** was located near a cell tower located near the Winnetka Residence.

c.      On March 8, 2026, at approximately 4:47 p.m. (during the robbery and kidnapping), **Subject Phone 4** ( used by Khiell Dukes)[3] received a phone call from **Subject Phone 8**, while **Subject Phone 8** was near a cell tower near the Winnetka Residence, that lasted approximately 9.5 minutes.[4]

d.      On March 8, 2026, at approximately 5:25 p.m., **Subject Phone 8** was located near a cell tower located near the intersection of Willow Road and Interstate 94, Northfield, Illinois, which is approximately 1.9 miles away from the Winnetka residence.

---

[3] Khiell Dukes is identified as the user of **Subject Phone 4** as follows: Khiell Dukes was arrested at a residence in Elgin, Illinois. **Subject Phone 4** was found in that residence, located in a second-floor bedroom that also contained, among other things, a plane ticket in Khiell Dukes' name for an April 1, 2026 flight from Fort Lauderdale, Florida, to Chicago, Illinois. In a post-arrest interview, he stated, in sum and substance, that **Subject Phone 4** belonged to him. In addition, Kheill Dukes' contact name is identified in CS1's phone as "Bigfolks new line." Jewelry bearing the words "Big Folks" was recovered from the residence in which Kheill Dukes was arrested. Further, according to Kheill Dukes' criminal history, he is known to use the alias "Bigfolks."

[4] A prior affidavit inadvertently stated that Chambers's Phone (Subject Phone 5), rather than K. Dukes' Phone (Subject Phone 4), received a phone call from Subject Phone 8.

**D.  CO-CONSPIRATORS' PLANNING AND EXECUTION OF ROBBERY AND KIDNAPPING**

22.  As set forth in more detail below, text messages, surveillance footage, and telephone location information show that:

a.  On March 7, 2026, CS1 and Khiell Dukes communicated about obtaining stolen cars prior to the robbery[5];

b.  In the evening of March 7, 2026, Isaiah Dukes, Khiell Dukes, and the **Subject Vehicle** were in the area of the Winnetka Residence at approximately 10 p.m.

c.  On the afternoon of March 8, 2026, Isaiah Dukes, Khiell Dukes, Chambers, and Ramsey traveled together from a hotel in Elgin, Illinois, to the area of the Winnetka Residence and were present in the area during the robbery and kidnapping. Further, Franklin, Chambers, the **Subject Vehicle,** and FENTON-WATSON were all located in the area of the Winnetka residence prior to and during the robbery and kidnapping.

---

[5] CS1 was involved in the **Subject Offenses** and provided information to agents on the day of his arrest in the hopes that such cooperation would result in favorable charging, release, and/or sentencing recommendations by the government. That included providing consent for agents to search CS1's phone, which was recovered in connection with CS1's arrest. CS1 has prior felony convictions and CS1 is aware that his/her involvement in the violent offenses set forth above violates conditions of court supervision. CS1 has been charged in federal court with commission of the **Subject Offenses**. On March 27, 2026, CS1 provided additional information to law enforcement pursuant to a proffer letter agreement. During that proffer meeting, CS1 initially stated that he did not have a gun when he entered the Winnetka Residence; however, when confronted with screenshots of his entry into the house, he admitted that he did have a gun. Further, CS1 is a convicted felon whose criminal record includes convictions for aggravated unlawful use of weapon and possession of a machine gun. CS1's involvement in the **Subject Offenses** violated his conditions of court supervision. CS1 is cooperating with law enforcement in the hopes that he will receive credit for his cooperation at sentencing.

d.      During the robbery and kidnapping, FENTON-WATSON, the user of **Subject Phone 8**, communicated with Kheill Dukes.

**March 7, 2026**

23.     According to a review of text messages from CS1's phone, on or about March 7, 2026, Khiell DUKES, using **Subject Phone** 4, sent a message to a group chat, which included telephone numbers used by CS1 and Ramsey (as described below), saying, "Who got hot cars man." Based on my training and experience, I know that "hot cars" means stolen cars. Later in this group chat, the same contact (*i.e.*, **Subject Phone 4**) sent a message saying, "Money sent to them for the car where they at [nickname redacted]." Further, this same contact said, at approximately 7:29 p.m., "We got a play to hit like mm we gotta go."

24.     Historical cell site data, obtained pursuant to warrant, shows that **Subject Phone 4, Subject Phone 3,** and the Telematics Control Unit contained in the **Subject Vehicle**[6], were all in the area of the Winnetka Residence at approximately 10:00 p.m. on March 7, 2026, the night before the robbery. Based on my training and experience, the presence of certain of the **Co-Conspirators'** phones, as well as the **Subject Vehicle**,  near the Winnetka Residence, on the night before the robbery and kidnapping, would be consistent with the **Co-Conspirators**

---

[6] According to the 2020 Acura RDX owner's manual, the vehicle is equipped with a Telematics Control Unit. Based on my training and experience, as well as other special agents and law enforcement personnel, this is an onboard system that allows the vehicle to connect to the wireless network.

surveilling the Winnetka Residence and/or engaging in planning for the robbery and kidnapping.

**March 8, 2026**

25.     A review of CS1's phone revealed text message exchanges on or about March 8, 2026, between CS1 and a contact named "Fatmann♠." The contact named "Fatmann♠" was associated with telephone number (872) XXX-8772. A query of a commercial database used by law enforcement revealed that Ramsey is associated with the telephone (872) XXX-8772 (hereinafter, "Ramsey's Phone"). On March 20, 2026, Ramsey, Brown, and two other individuals were found during the execution of a search warrant on a residence on the 12000 block of South Wallace, Chicago, following a police chase.[7] During the search, law enforcement found an iPhone in a blue case, which was wrapped in T-shirts and found in the house within a box of white T-shirts.     When law enforcement called the telephone number (872) XXX-8772

---

[7] On March 20, 2026, according to information received from the Northbrook Police Department (NPD), officers responded to a 911 call reporting Victim F was struck in the head with a firearm at a residence in Northbrook. Upon arriving, NPD officers spoke with Victim F, who related that two armed men forcibly entered his/her home and attempted to rob him/her. The men beat Victim F with a firearm. According to a review of video surveillance from a nearby exterior surveillance camera, the men fled the residence in a white Acura sedan ("Subject Vehicle 2"). Law enforcement from various agencies located Subject Vehicle 2 traveling southbound on Interstate 94 near 111th Street in Chicago, Illinois, and pursued Subject Vehicle 2 until it stopped in the area of a residence located on the 12000 block of South Wallace Street, Chicago, Illinois. Law enforcement observed four black males, wearing all black, exit the vehicle and run into the residence. Law enforcement subsequently surrounded the residence and demanded the occupants to come out. A short time later, only CS1 exited the residence. No one entered the residence. Later on March 20, 2026, law enforcement executed a state search warrant on the residence. Law enforcement officers executing the warrant found Brown, Ramsey, and two other males in the residence.

(Ramsey's Phone), they observed the iPhone with the blue case, found in the residence on Wallace, as described above, receive a call.

26. According to a review of CS1's phone on or about March 8, 2026, at approximately 12:07 p.m., CS1 and Ramsey exchanged text messages regarding Ramsey's location, as set forth below:

CS1: Send the lo rn

RAMSEY: Look at my location

495 Airport Rd

Elgin, IL 60123

United States

Based on my training and experience, and of other special agents and law enforcement personnel, I know "Send the lo rn" to mean send the location right now.

27. A review of the surveillance footage from the hotel showed that Ramsey, identified by ATF based on a comparison with Ramsey's state ID photo, was present at the hotel at approximately 6:01 a.m. on March 8, 2026. Based on my review of the hotel security camera footage, Individual A can be seen at the front desk with Isaiah Dukes and Khiell Dukes at approximately 5:42 a.m. Video footage from the Elgin hotel also shows a black man with an afro, wearing glasses, a black shirt, ripped jeans, and white shoes (matching the appearance of Jalen Chambers) was also present at the hotel at approximately 6:02 a.m. on March 8, 2026. An individual

matching the same description can be seen on surveillance footage from the Winnetka Residence around the time of the robbery on March 8, 2026.[8]

28.     Video footage from the hotel also shows Ramsey, Isaiah Dukes, and Khiell Dukes in the lobby of the hotel at approximately 1:00 p.m. Shortly thereafter, Ramsey, Isaiah Dukes, Khiell Dukes, Jalen Chambers, and other unknown individuals enter a Cadillac Escalade ESV ("**Subject Vehicle 3**") that, shortly after, can be seen leaving the hotel.

29.     On March 8, 2026, at approximately 3:29 p.m., Ramsey and CS1 exchanged the following text messages:

RAMSEY:     Forest Way Dr.
            Winnetka, IL 60093
            United States

RAMSEY:     Forest Way Dr
            Winnetka, IL 60093
            United States

CS1:        Onnna way shit 40 minutes

RAMSEY:     1770 Tower Rd
            Northfield, IL 60093
            United States

30.     According to a Google Maps search, Forest Way Drive, Winnetka, Illinois, is an approximately 5-minute drive from the Winnetka Residence. Additionally, based on my training and experience, and of other special agents and law enforcement personnel, I understand "Onnna way shit 40 minutes" to mean CS1

---

[8] Using both sets of surveillance footage (from the hotel and the Winnetka Residence), and a comparison with his Illinois Secretary of State identification photo, ATF identified the individual in the videos as Jalen Chambers.

was approximately 40 minutes from the address Ramsey sent him. Further, according to a Google Maps search, 1770 Tower Road, Northfield, Illinois, is also an approximately 5-minute drive from the Winnetka Residence. As discussed above, based on the surveillance footage video, **Co-Conspirators** arrived at the Winnetka Residence at approximately 4:21 p.m., a little less than an hour after Ramsey sent the above messages.

31.     A query of License Plate Reader (LPR) cameras reveals **Subject Vehicle 3**, after leaving the hotel in Elgin, was in the area of the Winnetka Residence before and during the March 8, 2026 armed robbery. Specifically, **Subject Vehicle 3** was seen in the following locations:

a.      March 8, 2026, at approximately 3:16 p.m., **Subject Vehicle 3** was observed near the intersection of Willow Road and Hibbard Road, Winnetka, Illinois.

b.      March 8, 2026, at approximately 4:38 p.m., **Subject Vehicle 3** was observed near the intersection of Willow Road and Interstate 94, Northfield, Illinois.

32.     Based upon a review of the data obtained, via search warrant, from the cellular provider AT&T, Ramsey's Phone was located near the following areas prior to and during the March 8, 2026, robbery of the Winnetka Residence, all of which are within an approximately 2.5 mile radius of the Winnetka Residence:

20

a.     On March 8, 2026, at approximately 3:59 p.m., Ramsey's Phone was near a cell tower located near the intersection of Willow Road and Interstate 94, Northfield, Illinois.

b.     On March 8, 2026, at approximately 4:09 p.m., Ramsey's Phone was near a cell tower located near the intersection of Tower Drive and Forest Way Drive, Winnetka, Illinois.

c.     On March 8, 2026, at approximately 4:43 p.m., Ramsey's Phone was near a cell tower located near the Winnetka Residence.

33.     Based upon a review of location data obtained, pursuant to a search warrant, from the cellular provider T-Mobile, **Subject Phone 3**, used by Isaiah Dukes, was near a cell tower located near the Winnetka Residence on or about March 8, 2026, at approximately 4:17 p.m., 4:18 p.m., and 4:19 p.m., which is consistent with the time period immediately preceding the armed home invasion.[9]

34.     Based upon a review of location data obtained, pursuant to a search warrant from the cellular provider AT&T, **Subject Phone 4**, used by Khiell Dukes,

---

[9] **Subject Phone 3** was identified as belonging to Isaiah Dukes based on the fact that **Subject Phone 3** was found during the April 10, 2026 search of a residence in Elgin, Illinois, where Isaiah Dukes also was present. During a post-arrest interview on April 10, Isaiah Dukes stated, in sum and substance, that Subject Phone 3 belonged to him, but later claimed that other people also used **Subject Phone 3.** Additionally, on or about March 23, 2026, Ramsey, Franklin, and Brown were charged by criminal complaint. Following Ramsey's arrest, he was detained pending a detention hearing. A review of Ramsey's jail calls revealed that, during a call with another individual, Ramsey instructed the individual to call his brother and provided **Subject Phone 3**'s phone number. A review of the Instagram account "lilzayosama" revealed that, on or about March 28, 2026, Isaiah Dukes posted a photo of Ramsey with the caption "Hbd brudda…". Based on my training and experience, I know that "Hbd brudda" means "happy birthday brother," indicating that Ramsey is Isaiah Dukes' brother.

was near cell towers located near (within 2.5 miles of) the Winnetka Residence on or about March 8, 2026, at approximately 4:00 p.m. and 4:10 p.m, which is consistent with the time period immediately preceding the armed home invasion.

35.     Based upon a review of location data obtained, pursuant to a search warrant from the cellular provider Verizon, **Subject Phone 5**, used by Jalen Chambers, [10] was near cell towers located near (within 2.5 miles of) the Winnetka Residence on or about March 8, 2026, at approximately 4:17 p.m., 4:25 p.m., and 5:30 p.m., which is consistent with the time period before, during, and after the armed home invasion.

36.     Based upon cell tower location information, a cell phone used by Franklin was near cell towers located near (within 2.5 miles of) the Winnetka residence at 4:00 p.m., 4:07 p.m., and 4:22 p.m.

37.     Based upon historical cell site data obtained via search warrant from AT&T, the cellular device which is contained within the **Subject Vehicle**'s Telematic Control Unit was near cell towers located in the area of the Winnetka residence at 3:55 p.m., 4:13 p.m., 4:18 p.m., and 4:55 p.m.

38.     A review of phone records reveals that Isaiah Dukes and Khiell Dukes had multiple contacts with the some of the **Co-Conspirators** inside the Winnetka Residence during the armed home invasion:

---

[10] Jalen Chambers is identified as the user of **Subject Phone 5** based on the fact that, on January 25, 2026, Jalen Chambers reported **Subject Phone 5** as his telephone number when he was arrested by a police department in Illinois. Additionally, phone records for **Subject Phone 5** show that the subscriber for the number associated with **Subject Phone 5** is subscribed to [first name redacted] Chambers.

22

a. For example, based on a review of the records from T-Mobile, on March 8, 2026, at approximately 4:27 p.m., **Subject Phone 3** (used by Isaiah Dukes) was on a call with a phone used by Jalen Chambers (**Subject Phone 5**) while located near a cell tower near the Winnetka Residence.

b. Additionally, based on the records from Verizon, on March 8, 2026, at approximately 4:48 p.m., **Subject Phone 5** (used by Jalen Chambers) attempted to call **Subject Phone 4** (used by Khiell Dukes), while located near a cell tower near the Winnetka Residence. As discussed above in paragraph 21(c), according to the records obtained from AT&T, on March 8, 2026, at approximately 4:47 p.m., **Subject Phone 4** (used by Khiell Dukes), while located near a cell tower near the Winnetka Residence, received a phone call from **Subject Phone 8** (used by FENTON-WATSON).

23

## II.   CONCLUSION

39.    Based on the above information, I submit that there is probable cause to believe that on or about March 8, 2026, TYRESE FENTON-WATSON conspired, with other co-conspirators, to commit Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951(a), and kidnapping, in violation of Title 18, United States Code, Section 1201(c).

FURTHER AFFIANT SAYETH NOT.

/s/ Jon Molidor (MDW w/ permission)

JON MOLIDOR
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

SWORN TO AND AFFIRMED by telephone April 29, 2026.

Honorable M. DAVID WEISMAN
United States Magistrate Judge

24